**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Shara Connors<br>James Martin Connors<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 19-14969 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of DITECH FINANCIAL LLC and index same on the master mailing list.

                                        Respectfully submitted,
                                      **/s/ Kevin G. McDonald, Esq.**
                                      Kevin G. McDonald, Esquire
                                      KML Law Group, P.C.
                                      701 Market Street, Suite 5000
                                      Philadelphia, PA 19106-1532
                                      (215) 627-1322