IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| James Martin Connors | : | Case No. 19-14969-jkf |
| Shara Connors | : | |
| Debtors | : | |

ORDER GRANTING DEBTORS AN ADDITIONAL TEN (10) DAYS
TO FILE CHAPTER 13 SCHEDULES AND STATEMENT

AND NOW, THIS_____DAY OF_____2019, upon consideration of the Debtors' APPLICATION for additional time,

IT IS HEREBY ORDERED

That the Debtors shall have until September 5, 2019 to file Chapter 13 Schedules and Statements and Chapter 13 Plan.

SO ORDERED

BY THE COURT:

_____ J.
United States Bankruptcy Judge

**Date: August 22, 2019**