United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-14969-jkf
James Martin Connors                                                      Chapter 13
Shara Connors
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey               Page 1 of 1           Date Rcvd: Aug 22, 2019
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
db/jdb          +James Martin Connors,    Shara Connors,    115 Stoopville Road,    Newtown, PA 18940-9256

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:
      JOHN M. KENNEY    on behalf of Joint Debtor Shara  Connors jken330@comcast.net,
       Kathy@jkenneylaw.com
      JOHN M. KENNEY    on behalf of Debtor James Martin Connors jken330@comcast.net,
       Kathy@jkenneylaw.com
      KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
      ROBERT J. DAVIDOW    on behalf of Creditor    Bank Of America, N.A.
       robert.davidow@phelanhallinan.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                       TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| James Martin Connors | : | Case No. 19-14969-jkf |
| Shara Connors | : | |
|     Debtors | : | |

ORDER GRANTING DEBTORS AN ADDITIONAL TEN (10) DAYS
TO FILE CHAPTER 13 SCHEDULES AND STATEMENT

AND NOW, THIS_____DAY OF_____2019, upon consideration of the Debtors' APPLICATION for additional time,

IT IS HEREBY ORDERED

That the Debtors shall have until September 5, 2019 to file Chapter 13 Schedules and Statements and Chapter 13 Plan.

SO ORDERED

BY THE COURT:

_____ J.
United States Bankruptcy Judge

**Date: August 22, 2019**