United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James Martin Connors  
Shara Connors  
    Debtors

Case No. 19-14969-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Stacey      Page 1 of 1      Date Rcvd: Sep 06, 2019  
                            Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2019.  
db/jdb       +James Martin Connors,   Shara Connors,   115 Stoopville Road,   Newtown, PA 18940-9256

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2019 at the address(es) listed below:

        JOHN M. KENNEY   on behalf of Joint Debtor Shara  Connors jken330@comcast.net, Kathy@jkenneylaw.com  
        JOHN M. KENNEY   on behalf of Debtor James Martin Connors jken330@comcast.net, Kathy@jkenneylaw.com  
        KEVIN G. MCDONALD   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
        ROBERT J. DAVIDOW   on behalf of Creditor   Bank Of America, N.A. robert.davidow@phelanhallinan.com  
        SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                    TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| James Martin Connors | : | Case No. 19-14969-jkf |
| Shara Connors | : | |
| Debtors | : | |

ORDER GRANTING DEBTORS AN ADDITIONAL TEN (10) DAYS
TO FILE CHAPTER 13 SCHEDULES AND STATEMENT

  AND NOW, THIS_____DAY OF_____2019, upon consideration of the Debtors' APPLICATION for additional time,

  IT IS HEREBY ORDERED

  That the Debtors shall have until September 20, 2019 to file Chapter 13 Schedules and Statements and Chapter 13 Plan.

  SO ORDERED

BY THE COURT:

_____
J.
United States Bankruptcy Judge

**Date: September 6, 2019**