IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  James Martin Connors       : Case No.  19-14969-jkf
        Shara Connors                   : Chapter 13

## CERTIFICATION OF SERVICE

      The undersigned, attorney for Debtor, does hereby certify that I did on December 16, 2019, serve all Matrix creditors by electronic means or by US regular mail with notice of the rescheduling of the Meeting of Creditors in the above captioned matter until January 17, 2020 at 1:00 p.m.

      I declare under penalty of perjury that the foregoing is correct.

Date: December 16, 2019

s/ John M. Kenney
John M. Kenney, Esquire
308 N. Oxford Valley Road
Fairless Hills, PA  19030