UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     JAMES MARTIN CONNORS <br>     SHARA CONNORS <br><br>                Debtors | Chapter 13 <br> Bankruptcy No.19-14969-JKF |

CERTIFICATE OF SERVICE

    I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtors* filed in the above-referenced case has been served this 23rd day of January, 2020, by first class mail upon those listed below:

JAMES MARTIN CONNORS
SHARA CONNORS
115 STOOPVILLE ROAD
NEWTOWN, PA  18940

**Electronically via CM/ECF System Only:**

JOHN M KENNEY ESQ
308 N OXFORD VALLEY ROAD
FAIRLESS HILLS, PA  19030

                                                  */s/ Deborah A. Earnshaw*
                                                  Deborah A. Earnshaw
                                                  for
                                                  Scott F. Waterman, Esquire
                                                  Standing Chapter 13 Trustee