United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James Martin Connors  
Shara Connors  
    Debtors

Case No. 19-14969-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Yvette     Page 1 of 1     Date Rcvd: Feb 10, 2020  
                    Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2020.  
14399159         Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2020                                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:  
         HAROLD N. KAPLAN    on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com  
         JOHN M. KENNEY    on behalf of Joint Debtor Shara  Connors jken330@comcast.net, Kathy@jkenneylaw.com  
         JOHN M. KENNEY    on behalf of Debtor James Martin Connors jken330@comcast.net, Kathy@jkenneylaw.com  
         KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
         ROBERT J. DAVIDOW    on behalf of Creditor    Bank Of America, N.A. robert.davidow@phelanhallinan.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com  
         SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                              TOTAL: 8

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-14969-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| James Martin Connors<br>115 Stoopville Road<br>Newtown PA 18940 | Shara Connors<br>115 Stoopville Road<br>Newtown PA 18940 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/07/2020.

Name and Address of Alleged Transferor(s):

Claim No. 12: Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046

Name and Address of Transferee:

New Residential Mortgage LLC
P.O. Box 10826
Greenville, SC 29603-0826

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  02/12/20

Tim McGrath
**CLERK OF THE COURT**