United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
James Martin Connors
Shara Connors
    Debtors

Case No. 19-14969-jkf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Feb 27, 2020
                            Form ID: 155     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2020.
db/jdb         +James Martin Connors,  Shara Connors,  115 Stoopville Road,  Newtown, PA 18940-9256

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2020 at the address(es) listed below:
         HAROLD N. KAPLAN     on behalf of Creditor    New Residential Mortgage LLC hkaplan@rasnj.com
         JOHN M. KENNEY     on behalf of Debtor James Martin Connors jken330@comcast.net, Kathy@jkenneylaw.com
         JOHN M. KENNEY     on behalf of Joint Debtor Shara  Connors jken330@comcast.net, Kathy@jkenneylaw.com
         KEVIN G. MCDONALD     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
         ROBERT J. DAVIDOW     on behalf of Creditor    Bank Of America, N.A. robert.davidow@phelanhallinan.com
         SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
         SCOTT F. WATERMAN (Chapter 13)     on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
         TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: James Martin Connors and Shara
Connors

       Debtor(s)                        Chapter: 13

                                          Bankruptcy No: 19−14969−jkf

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this February 26, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                 Jean K. FitzSimon
                                                 Judge ,
                                                 United States Bankruptcy Court

                                                                  46
                                                            Form 155