IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  JAMES MARTIN CONNORS : Case No. 19-14969-jkf
        SHARA CONNORS : Chapter 13

## CERTIFICATION OF NO RESPONSE

    I, John M. Kenney, Esquire, attorney for Debtors, James Martin Connors and Shara Connors, hereby certify that as of this 13th day of May 2020, there has been no response or answer regarding the Application for Compensation dated and served April 17, 2020. It is respectfully requested that the attached proposed Order of Court be presented to the Honorable Jean K. FitzSimon as UNCONTESTED.

    I certify under penalty that the foregoing is true and correct.

Date:  May 13, 2020                      s/ John M. Kenney_____
                                            **John M. Kenney, Esquire**
                                            308 N. Oxford Valley Road
                                            Fairless Hills, PA  19030
                                            (215)547-3031