United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-14969-jkf
James Martin Connors                                                Chapter 13
Shara Connors
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: SaraR            Page 1 of 1              Date Rcvd: May 14, 2020
                              Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2020.
db/jdb         +James Martin Connors,   Shara Connors,   115 Stoopville Road,   Newtown, PA 18940-9256

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 15 2020 03:20:19
                 BMW Financial Services NA, LLC, c/o AIS Portfolio,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 15 2020 03:20:04    Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2020 at the address(es) listed below:
          HAROLD N. KAPLAN    on behalf of Creditor   New Residential Mortgage LLC hkaplan@rasnj.com
          JOHN M. KENNEY    on behalf of Joint Debtor Shara  Connors jken330@comcast.net,
           Kathy@jkenneylaw.com
          JOHN M. KENNEY    on behalf of Debtor James Martin Connors jken330@comcast.net,
           Kathy@jkenneylaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          ROBERT J. DAVIDOW    on behalf of Creditor    Bank Of America, N.A.
           robert.davidow@phelanhallinan.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| JAMES MARTIN CONNORS | : |
| SHARA CONNORS | : |
| Debtor(s) | : NO. 19-14969-JKF |

# ORDER

**AND NOW,** upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Application is **GRANTED.**

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of **$4,250.00.**

3. The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$2,500.00** which was paid by the Debtor(s) prepetition resulting in a net compensation reimbursement of **$1,750.00**, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

Date:_____

**Date: May 14, 2020**

_____
**JEAN K. FITZSIMON
U.S. BANKRUPTCY JUDGE**