B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re Debtor 1: James Martin Connors        Case No. 19-14969-amc
      Debtor 2: Shara Connors,

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>NewRez LLC d/b/a Shellpoint Mortgage Servicing</u> | <u>New Residential Mortgage LLC</u> |
| Name of Transferee | Name of Transferor |

| | |
|---|---|
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>12-1</u><br>Amount of Claim: $228,029.03<br>Date Claim Filed: 10/02/2019 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>PO Box 10826<br>Greenville, SC 29603-0826 | |
| Phone: <u>(800) 365-7107</u><br>Last Four Digits of Acct #: <u>4424</u> | Phone: <u>800-365-7107</u><br>Last Four Digits of Acct. #: <u>4424</u> |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone:<br>Last Four Digits of Acct #: | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Mary Vitartas</u>    As Authorized Agent    Date: <u>07/29/2020</u>
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.