| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-14969-AMC

JAMES MARTIN CONNORS  
SHARA CONNORS  
115 STOOPVILLE ROAD  
NEWTOWN  PA    18940

Petition Filed Date: 08/06/2019  
341 Hearing Date: 10/25/2019  
Confirmation Date: 02/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2020 | $250.00 | 32746 | 01/23/2020 | $250.00 | 32747 | 01/23/2020 | $250.00 | 32748 |
| 01/23/2020 | $250.00 | 32749 | 01/28/2020 | $250.00 | | 02/11/2020 | $250.00 | |
| 03/09/2020 | $250.00 | | 04/08/2020 | $250.00 | | 05/08/2020 | $250.00 | |
| 06/11/2020 | $250.00 | | 07/08/2020 | $250.00 | | 08/10/2020 | $250.00 | |

**Total Receipts for the Period: $3,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $4,865.99 | $0.00 | $4,865.99 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $16,963.60 | $0.00 | $16,963.60 |
| 3 | SANTANDER CONSUMER USA<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $7,973.34 | $0.00 | $7,973.34 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 007 | Unsecured Creditors | $2,505.71 | $0.00 | $2,505.71 |
| 8 | TD RETAIL CREDIT SERVICES<br>»» 08S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | TD RETAIL CREDIT SERVICES<br>»» 08U | Unsecured Creditors | $360.03 | $0.00 | $360.03 |
| 10 | LIGHTSTREAM a DIVISION OF SUN TRUST BANK<br>»» 009 | Unsecured Creditors | $35,679.92 | $15.36 | $35,664.56 |
| 11 | BMW BANK OF NO AMERICA<br>»» 010 | Unsecured Creditors | $2,093.50 | $0.00 | $2,093.50 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 011 | Priority Crediors | $712.52 | $712.52 | $0.00 |
| 13 | NEWREZ LLC  D/B/A<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | BANK OF AMERICA  N.A.<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $1,162.66 | $0.00 | $1,162.66 |

**Chapter 13 Case No. 19-14969-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 16 | CITIBANK NA<br>»» 015 | Unsecured Creditors | $9,749.68 | $0.00 | $9,749.68 |
| 17 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $464.39 | $0.00 | $464.39 |
| 0 | JOHN M KENNEY ESQ | Attorney Fees | $1,750.00 | $1,750.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,000.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $2,477.88 | Arrearages: | $0.00 |
| Paid to Trustee: | $277.25 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $244.87 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.