Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-14969-AMC

JAMES MARTIN CONNORS
SHARA CONNORS
115 STOOPVILLE ROAD
NEWTOWN  PA    18940

Petition Filed Date: 08/06/2019
341 Hearing Date: 10/25/2019
Confirmation Date: 02/26/2020

Case Status: Open / Unconfirmed
## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2020 | $250.00 | 32746 | 01/23/2020 | $250.00 | 32747 | 01/23/2020 | $250.00 | 32748 |
| 01/23/2020 | $250.00 | 32749 | 01/28/2020 | $250.00 | | 02/11/2020 | $250.00 | |
| 03/09/2020 | $250.00 | | 04/08/2020 | $250.00 | | 05/08/2020 | $250.00 | |
| 06/11/2020 | $250.00 | | 07/08/2020 | $250.00 | | 08/10/2020 | $250.00 | |
| 09/09/2020 | $250.00 | | 10/08/2020 | $250.00 | | 11/09/2020 | $250.00 | |
| 12/08/2020 | $250.00 | | 01/11/2021 | $250.00 | | 02/09/2021 | $250.00 | |
| 03/08/2021 | $250.00 | | 04/08/2021 | $250.00 | | 05/10/2021 | $250.00 | |
| 06/08/2021 | $250.00 | | | | | | | |

**Total Receipts for the Period: $5,500.00  Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $5,500.00**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $4,865.99 | $125.67 | $4,740.32 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $16,963.60 | $484.65 | $16,478.95 |
| 3 | SANTANDER CONSUMER USA<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | TOYOTA MOTOR CREDIT CORP<br>»» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | TOYOTA MOTOR CREDIT CORP<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | AMERICAN EXPRESS NATIONAL BANK<br>»» 006 | Unsecured Creditors | $7,973.34 | $227.84 | $7,745.50 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 007 | Unsecured Creditors | $2,505.71 | $64.70 | $2,441.01 |
| 8 | TD RETAIL CREDIT SERVICES<br>»» 08S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | TD RETAIL CREDIT SERVICES<br>»» 08U | Unsecured Creditors | $360.03 | $0.00 | $360.03 |
| 10 | LIGHTSTREAM a DIVISION OF SUN TRUST BANK<br>»» 009 | Unsecured Creditors | $35,679.92 | $1,019.44 | $34,660.48 |
| 11 | BMW BANK OF NO AMERICA<br>»» 010 | Unsecured Creditors | $2,093.50 | $54.07 | $2,039.43 |
| 12 | UNITED STATES TREASURY (IRS)<br>»» 011 | Priority Crediors | $712.52 | $712.52 | $0.00 |
| 13 | NEWREZ LLC  D/B/A<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-14969-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | BANK OF AMERICA  N.A.<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 014 | Unsecured Creditors | $1,162.66 | $33.20 | $1,129.46 |
| 16 | CITIBANK NA<br>»» 015 | Unsecured Creditors | $9,749.68 | $278.59 | $9,471.09 |
| 17 | CITIBANK NA<br>»» 016 | Unsecured Creditors | $464.39 | $0.00 | $464.39 |
| 0 | JOHN M KENNEY ESQ | Attorney Fees | $1,750.00 | $1,750.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,500.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $4,750.68 | Arrearages: | $0.00 |
| Paid to Trustee: | $474.75 | Total Plan Base: | $15,000.00 |
| Funds on Hand: | $274.57 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.