Certificate Number: 05781-PAE-DE-036398293

Bankruptcy Case Number: 19-14969



05781-PAE-DE-036398293

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 14, 2022, at 5:34 o'clock PM PDT, James Connors completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   March 14, 2022               By:    /s/Allison M Geving

                                     Name:  Allison M Geving

                                     Title: President