United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
James Martin Connors  
Shara Connors  
    Debtors

Case No. 19-14969-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Apr 26, 2022      Form ID: 138OBJ      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | James Martin Connors, Shara Connors, 115 Stoopville Road, Newtown, PA 18940-9256 |
| 14566034 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14377094 | | Bank Of America, N.A., C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14377700 | + | Bank Of America, N.A., C/O ROBERT J. DAVIDOW, Phelan, Hallinan, Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400 Philadelphia, PA 19103-1814 |
| 14566210 | + | Bank Of America, N.A., C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14401588 | | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14376489 | + | DITECH FINANCIAL LLC, C/O KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14369713 | + | SKY Oxford, LP, c/o Colliers International, 1801 Market Street, Philadelphia, PA 19103-1628 |
| 14369714 | + | Suntrust, 600 W Broadway Ste 2000, San Diego, CA 92101-3358 |
| 14389390 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14369716 | + | Tdrcs/raymour & Flanig, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 27 2022 00:05:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 27 2022 00:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 27 2022 00:05:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14369701 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2022 00:13:23 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 14384286 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2022 00:13:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14369702 | + | Email/PDF: bncnotices@becket-lee.com | Apr 27 2022 00:13:16 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 14369706 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 27 2022 00:13:23 | BMW Financial Services, P.O. Box 78103, Phoenix, AZ 85062 |
| 14369707 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Apr 27 2022 00:13:09 | Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 14371690 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 27 2022 00:13:22 | BMW Financial Services NA, LLC, AIS Portfolio |

Case 19-14969-amc   Doc 68   Filed 04/28/22   Entered 04/29/22 00:33:41   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2022 | Form ID: 138OBJ | Total Noticed: 39 |

| Recipient ID | | Email | Date/Time | Address |
|---|---|---|---|---|
| 14396832 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 27 2022 00:13:22 | Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14377700 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Apr 27 2022 00:05:00 | BMW Financial Services NA, LLC c/o AIS Portfolio S, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14401588 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 27 2022 00:04:00 | Bank Of America, N.A., C/O ROBERT J. DAVIDOW, Phelan, Hallinan, Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 14369704 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2022 00:13:18 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14369705 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2022 00:13:18 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 14403484 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2022 00:13:10 | Best Buy/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14375695 | | Email/Text: mrdiscen@discover.com | Apr 27 2022 00:04:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14369708 | + | Email/Text: mrdiscen@discover.com | Apr 27 2022 00:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14369710 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 27 2022 00:05:00 | Discover Fin Svcs Llc, Po Box 15316, Wilmington, DE 19850-5316 |
| 14369711 | + | Email/Text: bankruptcy@lightstream.com | Apr 27 2022 00:05:00 | Internal Revenue SErvice, PO Box 7346, Philadelphia PA 19101-7346 |
| 14464474 | | Email/Text: mtgbk@shellpointmtg.com | Apr 27 2022 00:05:00 | Lightstream, 303 Peachtree Street Northeast, Atlanta, GA 30308-3201 |
| 14523459 | | Email/Text: mtgbk@shellpointmtg.com | Apr 27 2022 00:05:00 | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14403196 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2022 00:13:24 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14375809 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 27 2022 00:05:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14375810 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 27 2022 00:05:00 | Santander Consumer USA Inc, P.O. Box 560284, Dallas, TX 75356-0284 |
| 14369712 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2022 00:13:18 | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, Tx 76161-0244 |
| 14390051 | + | Email/Text: bankruptcy@bbandt.com | Apr 27 2022 00:05:00 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14369715 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2022 00:13:17 | SunTrust Bank, P.O. Box 85092, Richmond, VA 23286-0001 |
| 14370238 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2022 00:13:17 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 14389390 | + | Email/Text: tdebn@credbankserv.com | Apr 27 2022 00:05:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14369717 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 27 2022 00:05:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14384065 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 27 2022 00:05:00 | Toyota Motor Credit, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| | | | Apr 27 2022 00:05:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14369703 | | Bank of America |
| 14385160 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14377706 | *+ | Bank Of America, N.A., C/O ROBERT J. DAVIDOW, Phelan, Hallinan, Diamond & Jones, PC, 1617 JFK Boulevard, Ste. 1400, Philadelphia, PA 19103-1814 |
| 14384176 | *+ | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14399159 | ## | Ditech Financial LLC, P.O. Box 12740, Tempe, AZ 85284-0046 |
| 14369709 | ##+ | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 1 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| HAROLD N. KAPLAN | on behalf of Creditor New Residential Mortgage LLC hkaplan@rasnj.com |
| JOHN M. KENNEY | on behalf of Joint Debtor Shara Connors jken330@comcast.net Kathy@jkenneylaw.com |
| JOHN M. KENNEY | on behalf of Debtor James Martin Connors jken330@comcast.net Kathy@jkenneylaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Bank Of America  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor Bank Of America  N.A. robert.davidow@phelanhallinan.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: James Martin Connors and Shara Connors

    Debtor(s)

Case No: 19−14969−amc

Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/26/22

65 − 64
Form 138OBJ